**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAONGOC T. VO, derivatively on behalf of C3.AI, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS M. SIEBEL, PATRICIA A. HOUSE, LISA A. DAVIS, RICHARD LEVIN, MICHAEL G. MCCAFFERY, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, JIM H. SNABE, STEPHEN M. WARD JR., EDWARD Y. ABBO, DAVID BARTER, HOUMAN BEHZADI, BRUCE CLEVELAND, and BRADY MICKELSEN,<br><br>Defendants,<br><br>-and-<br><br>C3.AI, INC.,<br><br>Nominal Defendant. | C.A. No.<br><br>JURY TRIAL DEMANDED<br><br>**CONFIDENTIAL**<br>**FILED UNDER SEAL** |

**MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff BaoNgoc T. Vo ("Plaintiff") moves for an order permitting the filing of the Complaint in this action under seal. The grounds for this motion are as follows:

This is an action brought on behalf of nominal defendant C3.ai, Inc. (the "Company"). Plaintiff is a stockholder of the Company and through this action brings claims against certain of the Company's directors and officers ("Defendants") arising from their alleged violations of the Securities Exchange Act of 1934, as amended, and breaches of fiduciary duties.

Prior to filing this action, Plaintiff made a demand for books and records of the Company pursuant to 8 *Del. C.* § 220. The Company agreed to produce certain of the requested books and records, conditioned on Plaintiff's entry into a Confidentiality Agreement ("Agreement"). Pursuant to the Agreement, the Company was permitted to—and did—designate information

within the books and records production as "Confidential Information," which is defined to include, generally, "non-public, confidential, proprietary, or commercially sensitive information." Additionally, the Agreement provides that any Confidential Information used in any complaint shall be initially filed under seal.

A substantial amount of information cited and relied upon in the Complaint is drawn from the books and records production, and specifically from documents that were designated Confidential Information by the Company pursuant to the Agreement. Among other things, these documents include minutes of meetings of the Company's board of directors and committees thereof, as well as presentations made to the board and its committees. Accordingly, Plaintiff is obligated to initially file such information under seal. To the best of the Plaintiff's knowledge, none of this information is publicly available.

With this motion, Plaintiff is submitting a public version of the Complaint that redacts confidential text. Additionally, Plaintiff is submitting an unredacted version of the Complaint that it wishes to file under seal.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion to file the Complaint under seal.

ASHBY & GEDDES, P.A.

/s/ F. Troupe Mickler
Stephen E. Jenkins (#2152)
F. Troupe Mickler IV (#5361)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(302) 654-1888
sjenkins@ashbygeddes.com
tmickler@ashbygeddes.com

*Counsel to Plaintiff*

*Of Counsel:*

Correy A. Suk
Gregory Mark Nespole
Daniel Tepper
LEVI & KORSINSKY, LLP
New York, NY 10006
(212) 363-7500
ckamin@zlk.com
gnespole@zlk.com
dtepper@zlk.com

Dated: April 19, 2023